391 A.2d 695

Commonwealth v. Plessinger, Appellant.

Argued March 13, 1978.
John M. O'Connell, Jr., with him O'Connell, Silvis & Godlewski, for appellant; Gary Deane Wilt, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.